UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| (1) | SCOTTSDALE INSURANCE COMPANY, | ) ) ) | |
| | Plaintiff | ) ) | |
| | v. | ) ) | CASE NO. CIV-24-150-DES |
| (1) | CHIGGERS BAR, LLC; | ) ) | |
| (2) | RANDALL DOLLAR; | ) ) | |
| (3) | GANDY SHANE FARLEY; | ) ) | |
| (4) | SCOTT GENTRY and KRISTEE GENTRY, as GUARDIANS of JOSH GENTRY | ) ) ) ) | |
| | Defendants. | ) ) | |

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Plaintiff Scottsdale Insurance Company ("Scottsdale"). I certify I am admitted to practice in this Court. I also certify I am registered in this Court's Electronic Case Filing System.

1

Respectfully submitted,

*s/John H. Sparks*
John H. Sparks, OBA No. 15661
ODOM & SPARKS, PLLC
Suite 140
HiPoint Office Building
2500 McGee Drive
Norman, OK 73072
(405) 701-1863
(405) 310-5394 Facsimile
sparksj@odomsparks.com

**ATTORNEY FOR PLAINTIFF**
**SCOTTSDALE INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2024, I electronically transmitted the foregoing document to the Court Clerk using the ECF System for filing. Based on the records currently on file, the Court Clerk will transmit a Notice of Electronic Filing to the attorneys of record.

*s/John H. Sparks*
John H. Sparks
