UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) SCOTTSDALE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | CASE NO. CIV-24-00150-DES |
| (1) CHIGGERS BAR, LLC; | ) ) | |
| (2) RANDALL DOLLAR; | ) ) | |
| (3) GANDY SHANE FARLEY; | ) ) | |
| (4) SCOTT GENTRY and KRISTEE GENTRY, as GUARDIANS of JOSH GENTRY | ) ) ) ) | |
| Defendants. | ) ) | |

# DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1:

_____Scottsdale Insurance Company_____

who is a (check one)   ☒ PLAINTIFF   ☐ DEFENDANT   ☐ OTHER: _____

in this action, makes the following disclosures:

## PART I

☐   This party is an individual who resides in _____.

☒ This party is a corporation incorporated in <u>Ohio</u> and with a principal place of business in <u>Ohio.</u>

Scottsdale is, and at all times pertinent hereto, has been a foreign corporation organized and existing under the laws of the State of Ohio with its principal place of business in Columbus, Ohio. For purposes of diversity jurisdiction, Scottsdale is deemed to be a citizen of the State of Ohio or under 28 U.S.C. § 1332.

☐ This party is an unincorporated association or another artificial entity, including a limited liability company or limited liability partnership.

> If yes, identify the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is a trust.

> If yes, identify each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual trustee and state of citizenship of each sub-trustee must be provided as well.

## PART II

☐ This party is publicly held.

☒ This party has one or more parent entities.

> If yes, identify all parent entities, including grandparent and great-grandparent entities.
>
> Scottsdale Insurance Company is 100% owned by Nationwide Mutual Insurance Company. Nationwide Mutual Insurance Company is not a publicly-traded company.

☐ This party has one or more subsidiaries.

> If yes, identify all subsidiaries.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

> If yes, identify all such owners.

☐ Another association, firm, partnership, corporation, or other artificial entity related to the party—not already identified through other answers—has a direct financial interest in the outcome of the litigation.

    If yes, identify all associations, firms, partnerships, corporations or other artificial entities and the nature of their interest.

☐ This party is a trade association.

    If yes, identify all members of the association, their parent entities, and any publicly held companies that own ten percent or more of a member's stock.

☐ This party is a trust.

    If yes, identify each trustee, their parent entities, and any publicly held companies that own ten percent or more of a trustee's stock.

Respectfully submitted,

*s/John H. Sparks*
John H. Sparks, OBA No. 15661
ODOM & SPARKS, PLLC
Suite 140
HiPoint Office Building
2500 McGee Drive
Norman, OK 73072
(405) 701-1863
(405) 310-5394 Facsimile
sparksj@odomsparks.com

**ATTORNEY FOR PLAINTIFF
SCOTTSDALE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2024, I electronically transmitted the foregoing document to the Court Clerk using the ECF System for filing. Based on the records currently on file, the Court Clerk will transmit a Notice of Electronic Filing to the attorneys of record.

*s/John H. Sparks*
John H. Sparks