IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

SCOTTSDALE INSURANCE COMPANY,

Plaintiff,

vs.                                                                 No. CIV-24-150-RAW-DES

(1)   CHIGGERS BAR, LLC;
(2)   RANDALL DOLLAR;
(3)   GANDY SHANE FARLEY;
(4)   SCOTT GENTRY AND
      KRISTEE GENTRY AS
      GUARDIANS OF JOSH GENTRY

Defendants.

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this matter for:

**Defendant #4:**

**SCOTT GENTRY AND KRISTEE GENTRY AS GUARDIANS OF JOSH**

**GENTRY, Defendant.**

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

> S/Jeremy Beaver
> Jeremy Beaver, OBA #18645
> Gotcher And Beaver Law Firm
> 323 East Carl Albert Parkway, P.O. Box 160
> McAlester, Oklahoma 74502
> 918-423-0412
> jeremy@gotcher-beaver.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of June, 2024, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.   Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to those registered participants of the ECF systems:

                                                 S/Jeremy Beaver
                                                 JEREMY BEAVER

6:24-cv-00150-RAW-DES   Document 15   Filed in ED/OK on 06/27/24   Page 3 of 3