IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

SCOTTSDALE INSURANCE COMPANY,

Plaintiff,

vs.                                                         No. CIV-24-150-RAW-DES

(1)   CHIGGERS BAR, LLC;
(2)   RANDALL DOLLAR;
(3)   GANDY SHANE FARLEY;
(4)   SCOTT GENTRY AND
      KRISTEE GENTRY AS
      GUARDIANS OF JOSH GENTRY

Defendants.

### AGREED MOTION FOR LEAVE TO
### EXTEND THE ANSWER TIME FOR DEFENDANTS GENTRY

Comes now the Defendants, Scott Gentry and Kristee Gentry as Guardians of Josh Gentry, hereinafter collectively referred to as "Gentry" and by agreement from Plaintiff herewith moves that the court extend the answer time of Gentry and in support hereof sets out the following:

1. That Scott Gentry was served with the *Complaint for Declaratory Judgement* on June 6, 2024.

2. That Kristee Gentry was served on June 15, 2024

3. That the Gentry defendants are husband and wife and share the exact same interest in this case and will have the same defenses to the declaratory action.

4. That Gentry requests an additional 14 days from the original answer date of June 27, 2024 and the date be extended to July 11, 2024, which may be granted by the court

clerk pursuant to Local Rule 7.1(h), *LCvR 7.1(h)* that counsel for the plaintiff John Sparks has no objection to the motion for leave extension.

3. That Gentry's request to extend their answer time could not be prejudicial against the Plaintiff.

WHEREFORE premises considered, Defendant Gentry prays that the Court allow Gentry to extend the answer time in this case.

        S/Jeremy Beaver
        Jeremy Beaver, OBA #18645
        Gotcher And Beaver Law Firm
        323 East Carl Albert Parkway, P.O. Box 160
        McAlester, Oklahoma 74502
        918-423-0412
        jeremy@gotcher-beaver.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2024, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to those registered participants of the ECF systems:

John H. Sparks
Odom & Sparks, PLLC
2500 McGee Dr, Ste 140
Norman, Ok 73072
sparksj@odomsparks.com

        S/Jeremy Beaver
        JEREMY BEAVER