# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,        Plaintiff(s), <br><br> v. <br><br> CHIGGARS BAR, LLC., et al.,        Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) )     Case No. CIV-24-150-RAW-DES |

## ORDER SETTING RULE 73/SCHEDULING CONFERENCE AND FOR JOINT STATUS REPORT

    This case is set for Scheduling Conference on **May 8, 2025** at 11:00 a.m. before U. S. Magistrate Judge D. Edward Snow at the U.S. Courthouse, 5th and Okmulgee Streets, Room 201, Muskogee, Oklahoma.

    Pursuant to Fed.R.Civ.P 26(f), the parties are to confer as soon as practicable but not less than 14 days prior to the Scheduling Conference. The parties are directed to prepare and file with the Court a Joint Status Report on or before **May 2, 2025**. Joint Status Report forms are available in the Court Clerk's office or can be obtained from our public web site at www.oked.uscourts.gov.

    IT IS SO ORDERED this 25TH day of April, 2025.

_____
D. Edward Snow
United States Magistrate Judge