IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| (1) | SCOTTSDALE INSURANCE COMPANY, | ) ) ) | |
| | Plaintiff, | ) ) | |
| v. | | ) ) | CASE NO. 6:24-cv-00150-RAW-DES |
| (1) | CHIGGERS BAR, LLC; | ) ) ) | |
| (2) | RANDALL DOLLAR; | ) ) | |
| (3) | GANDY SHANE FARLEY; | ) ) | |
| (4) | SCOTT GENTRY and KRISTEE GENTRY, as GUARDIANS of JOSH GENTRY | ) ) ) ) | |
| | Defendants. | ) ) | |

**MOTION TO CONTINUE RULE 73 CONFERENCE**

Plaintiff Scottsdale Insurance Company ("Scottsdale") and Defendants Scott Gentry and Kristee Gentry, as guardians of Josh Gentry (collectively, "Gentry Defendants"), pursuant to Fed. R. Civ. P. 6(b) and LCvR 7.1(i), jointly request a continuance of the May 8, 2025 Rule 73 Conference. In support of this Motion, Scottsdale and the Gentry Defendants (collectively, the "Parties") state as follows:

1.      On May 1, 2025, the Parties submitted a motion requesting a 45 day extension of time to file a joint status report and a continuance of the May 8, 2025 scheduling conference (the "Initial Motion"). The Initial Motion inadvertently did not request an extension of the Rule 73 conference. (Doc. 33).

2.      On May 2, 2025, the Court granted the Initial Motion extending the deadline to file a Joint Status Report to June 16, 2025 and reset the Scheduling Conference for June 23, 2025.

3.      Presently, the Rule 73 conference remains set for May 8, 2025.

PD.49360973.1

4. For the reasons addressed in the Parties' Initial Motion, the Parties jointly request that the Court reset the Rule 73 Conference for June 23, 2025. The Initial Motion is attached hereto as Exhibit 1.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request an Order resetting the Rule 73 Conference for June 23, 2025.

Respectfully submitted,

*/s/Kenneth W. Boyles, Jr.*
Kenneth W. Boyles, Jr.
(admitted *pro hac vice*; Alabama Bar No.: ASB-6784-M55B)
PHELPS DUNBAR LLP
2025 3rd Avenue North, Suite 1000
Birmingham, Alabama 35205
Telephone: 205-716-5200
Facsimile: 205-716-5389
Email: kenneth.boyles@phelps.com

John H. Sparks, OBA No. 15661
ODOM & SPARKS, PLLC
Suite 140
HiPoint Office Building
2500 McGee Drive
Norman, Oklahoma 73072
Telephone: (405) 701-1863
Facsimile: (405) 310-5394
Email: sparksj@odomsparks.com

Jay Russell Sever
 (admitted *pro hac vice*; Louisiana Bar No. 23935)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Facsimile: 504-568-9130
Email: jay.sever@phelps.com

**ATTORNEYS FOR PLAINTIFF SCOTTSDALE INSURANCE COMPANY**

PD.49360973.1

*/s/ Jeremy Beaver*[1]
Jeremy Beaver
GOTCHER AND BEAVER
PO Box 160
McAlester, OK 74502
918-423-0412
Fax: 918-423-7363
jeremy@gotcher-beaver.com

**ATTORNEY FOR DEFENDANTS SCOTT GENTRY AND KRISTEE GENTRY, AS GUARDIANS OF JOSH GENTRY**

---

[1] Electronic signature affixed with express permission of counsel.

PD.49360973.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of May, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing, which will transmit a Notice of Electronic Filing to all counsel of record.

*s/Kenneth W. Boyles, Jr.*

PD.49360973.1